UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HUMBERTO ROSALES CRUZ., | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-297 |
| RODRIGUEZ, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CASE

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation ("M&R"), entered on December 19, 2019. (D.E. 21). The M&R recommends that the Court dismiss with prejudice Plaintiff's complaint for failure to state a claim and/or as frivolous.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No timely objection has been filed.[1] When no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

---

[1] Plaintiff filed a letter on January 3, 2020. (D.E. 23). Even construing the letter liberally, the Court does not consider the letter to be an objection to the M&R, and the contents do not change the Court's finding.

1 / 2

The Court has carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the Plaintiff, the record, and the applicable law, and finds that the M&R is not clearly erroneous or contrary to law. Therefore, the Court **ADOPTS** the M&R in its entirety. (D.E. 21). Accordingly, Plaintiff's complaint is **DISMISSED with prejudice.**

SIGNED and ORDERED this 14th day of January 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE